UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMIL RAHEM JEWELL,

           Plaintiff,

v.

OFFICER CHRISTERSON, *et al.*,

           Defendants.

Case No. C16-1634-RSM

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's amended complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, no objections having been filed, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendants' motion for summary judgment (Dkt. 22) is GRANTED;

(3)     Plaintiff's amended complaint (Dkt. 6) and this action are DISMISSED, without prejudice, for failure to exhaust administrative remedies; and

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 9 day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2